■ DARLA L. ZELINSKY, Respondent, v JOHN T. ZELINSKY, Appellant. — Appeal from an order of the Supreme Court at Special Term (Cerrito, J.), entered March 2, 1982 in Saratoga County, which, *inter alia,* granted plaintiff's motion for summary judgment. Order affirmed, without costs, upon the opinion of Mr. Justice D. Vincent Cerrito at Special Term. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.

■ GIZANA S. KASSAY, Appellant, v CHRISTINA BALSANO et al., Respondents. — Appeal from that part of an order of the Supreme Court at Special Term (Harlem, J.), entered July 19, 1982 in Greene County, which denied plaintiff's motion for summary judgment. Order affirmed, with costs, upon the opinion of Mr. Justice Robert A. Harlem at Special Term. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.